1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  BRIAN MOFFITT,                )     No. EDCV 12-1693-AHS(CW)
                                  )
13              Petitioner,       )     ORDER OF DISMISSAL
                                  )
14        v.                      )
                                  )
15  NORTH KERN STATE PRISON,      )
                                  )
16              Respondent.       )
    _____)

17

18       The present habeas corpus action was opened on October 4, 2012,

19  with the filing of a Petition for Writ of Habeas Corpus (28 U.S.C.

20  § 2254).  The pro se petitioner is a prisoner in custody under the

21  judgment of a California Superior Court and seeks to challenge that

22  custody.  He has challenged that custody and that judgment in a

23  virtually identical habeas petition under 28 U.S.C. § 2254 filed in

24  this court on October 2, 2012, which is still pending as Moffitt v.

25  North Kern State Prison, No. EDCV 12-1663-AHS(CW).[1]

26

27  _____

28       [1] Petitioner may have simply mailed in separate envelopes two
    copies of the same petition, with no intention of filing two cases.

### DISCUSSION

A federal district court may entertain a habeas petition on behalf of a person who is in custody under a state court judgment and in violation of the Constitution, laws, or treaties of the United States.  28 U.S.C. 2254(a).  The court need neither grant the writ nor order a return if it appears from the petition that the petitioner is not entitled to relief.  28 U.S.C. § 2243; Rule 4, Rules Governing Section 2254 Cases, 28 foll. § 2254.  The court has discretion to dismiss a pleading "that merely repeats pending or previously litigated claims." Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995).

The present petition can, at most, only repeat claims that have been or should have been raised in a pending, previously filed action. If Petitioner wishes to add further claims challenging his custody, he may do so in an amended or supplemental petition in his prior and pending action, No. EDCV 12-1663.  See 28 U.S.C. 2242; Rule 11, 28 foll. § 2254; Rule 15, Federal Rules of Civil Procedure.

//
//
//
//
//
//
//
//
//
//
//

<u>**ORDERS**</u>**:**

It is therefore **ORDERED** that judgment be entered summarily dismissing this action as duplicating Case No. EDCV 12-1663-AHM(CW). Dismissal is without prejudice to amending or supplementing the petition in the prior action.


DATED:   <u>November 15, 2012  </u>


ALICEMARIE H. STOTLER
_____
      ALICEMARIE H. STOTLER
United States District Judge

Presented by:
Dated: November 15, 2012

_____
      CARLA M. WOEHRLE
United States Magistrate Judge