**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN MOFFITT, | ) | No. EDCV 12-1693-AHS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| NORTH KERN STATE PRISON, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this petition is summarily dismissed as duplicative of another petition pending in this court.

DATED: November 15, 2012

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
United States District Judge